IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ALYSHA THRASHER,

    Plaintiff,

    v.

Commissioner of the Social Security Administration,

    Defendant.

Civil No. 6:22-CV-1620-HL

ORDER FOR ATTORNEY FEES

After considering counsel's motion and supporting documents, it is hereby ORDERED that Jeffrey Baird is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $6,000.00, to be paid from Plaintiff's past-due benefits. Such net sum represents the full amount of $10,803.91 in § 406(b) attorney fees minus fees Plaintiff's counsel previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,803.91, for a net award of $6,000

IT IS SO ORDERED.

DATED this __18____ day of __August____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1    ORDER
        [6:22-CV-1620-HL]